UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

M. B.,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

No. 1:26-cv-0308-TLN-DMC

**ORDER**

Petitioner M. B. ("Petitioner"), an immigration detainee proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 10, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 15.)  Timely objections to the findings and recommendations have been filed.  (ECF No. 17.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    The findings and recommendations filed February 10, 2026 (ECF No. 15), are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED; and

3.    The Clerk of the Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED

Date: March 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE